UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60991-CIV-ALTONAGA/Strauss

**STATE OF FLORIDA**,

    Plaintiff,
v.

**U.S. DEPARTMENT OF EDUCATION**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On July 24, 2023, the Court entered an Order [ECF No. 10] staying the case and requiring parties to file a joint status report informing the Court of the status of the production of records to Plaintiff every 90 days, beginning December 1, 2023, until production is complete. To date, the parties have failed to submit a joint status report and have not requested additional time to do so. Accordingly, it is

**ORDERED AND ADJUDGED** that by **December 8, 2023**, the parties shall file a joint status report informing the Court of the status of the production of records to Plaintiff.

**DONE AND ORDERED** in Miami, Florida, this 4th day of December, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record