UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-60991-CIV-ALTONAGA/Strauss

STATE OF FLORIDA,

    Plaintiff,

    v.

U.S. DEPARTMENT OF EDUCATION,

    Defendant.

_____

**JOINT STATUS REPORT**

Plaintiff, State of Florida, and Defendant, United States Department of Education, hereby file this Joint Status Report in response to the Court's Order [D.E. 12] and the Court's Order Staying Case [D.E. 10]. Since the entry of the Court's Order Staying Case, Defendant has made its required monthly production of documents to Plaintiff pursuant to the mutually agreed-upon production schedule. Defendant will continue to produce documents at the rate set by the Court's Order Staying Case until its production is complete. The Parties agree the case should remain stayed until the production is complete.

The Parties will file their next joint status report on or before March 1, 2024, to advise the Court on the status of Defendant's processing of Plaintiff's FOIA request and whether dispositive motions or trial will be necessary.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
CHIEF OF STAFF

*/s/ Natalie Christmas*
Natalie Christmas (FBN 1019180)
COUNSELOR TO THE ATTORNEY GENERAL
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Natalie.christmas@myfloridalegal.com
*Counsel for the State of Florida*


and

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:   **Monica L. Haddad**
MONICA L. HADDAD
ASSISTANT U.S. ATTORNEY
Florida Bar No. 0099426
E-mail: Monica.Haddad@usdoj.gov
500 S Australian Ave., Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 209-1004
Facsimile: (561) 820-8777

*Counsel for Defendant,*
*U.S. Department of Education*

2