UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-60991-CIV-ALTONAGA/Strauss

STATE OF FLORIDA,

    Plaintiff,

    v.

U.S. DEPARTMENT OF EDUCATION,

    Defendant.

_____

**JOINT STIPULATION OF DISMISSAL**

    As explained in the parties' prior filings, the Defendant has produced a substantial number of documents to the State of Florida. Upon review of the productions to date, the State of Florida has determined that it has obtained sufficient information from the Defendant to satisfy the purposes of the request. Accordingly, the parties file this joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own fees and costs.

    .

Respectfully submitted,

John M. Guard
ACTING ATTORNEY GENERAL

*/s/ Natalie Christmas*
Natalie Christmas (FBN 1019180)
SENIOR COUNSELOR

Caleb Stephens (FBN 1050554)
COUNSELOR

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

**MICHAEL S. DAVIS**
**ACTING UNITED STATES ATTORNEY**

By:   **Monica L. Haddad   (with permission)**
MONICA L. HADDAD
ASSISTANT U.S. ATTORNEY
Florida Bar No. 0099426
E-mail: Monica.Haddad@usdoj.gov
500 S Australian Ave., Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 209-1004
Facsimile: (561) 820-8777

*Counsel for Defendant,*
*U.S. Department of Education*